JULIA ELGIE, Respondent, *v.* THE CITY OF TROY, Appellant.

(Argued March 15, 1888; decided April 10, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 8, 1885, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee, and affirmed an order denying a motion for a new trial.

*R. A. Parmenter* for appellant.

*James Lansing* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

EDWARD HOOPES, Respondent, *v.* THE AUBURN WATER WORKS COMPANY, Appellant.

(Argued March 16, 1888; decided April 10, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 24, 1885, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed a motion denying an order for a new trial.

*Charles M. Baker* for appellant.

*John D. Teller* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.